**Gabriel WANAKA, Appellant,**

v.

**CHILD & FAMILY DEVELOPMENT CORPORATION, Appellee.**

No. 01–1460.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 19, 2001.

Decided Dec. 13, 2001.

---

Before BOWMAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gabriel Wanaka appeals the order of the District Court[1] granting the motion of defendant Child & Family Development Corporation for summary judgment and dismissing Wanaka's employment-discrimination case. For reversal, Wanaka argues that numerous issues of fact preclude summary judgment and that the District Court erred in determining otherwise.

Having carefully reviewed the briefs and record, we conclude that Wanaka's arguments lack merit and that the District Court was correct in granting summary judgment in favor of defendant and dismissing the case. For the reasons stated in the District Court's memorandum and order, the decision of the District Court is affirmed. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.